*Friday, April 4, 1997*

## MOTION DOCKET

**96–330. Cherovsky v. St. Luke's Hosp. of Cleveland.**
Cuyahoga App. No. 68326. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion for continuance of oral argument currently scheduled for May 20, 1997,
　IT IS ORDERED by the court that the motion for continuance of oral argument be, and hereby is, denied.

**96–2153. Internatl. Thomson Publishing, Inc. v. Tracy.**
Board of Tax Appeals, Nos. 94–T–1078 and 94–T–1079. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for continuance of oral argument currently scheduled for April 22, 1997,
　IT IS ORDERED by the court that the motion for continuance of oral argument be, and hereby is, granted, and oral argument is scheduled for April 23, 1997.

**96–2247. State ex rel. The Plain Dealer v. Ohio Dept. of Ins.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint motion to extend time for oral argument currently scheduled for May 20, 1997,
　IT IS ORDERED by the court that the motion to extend time for oral argument be, and hereby is, granted, to the extent that oral argument is extended to twenty minutes per side.

## MISCELLANEOUS DISMISSALS

**96–2499. State v. Rooney.**
Butler App. No. CA96–01–020. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. It appears from the records of this court that appellant has not filed a merit brief, due March 31, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
　IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**97–6. State v. Rooney.**
Butler App. No. CA96–01–020. This cause is pending before the court on the certification of conflict by the Court of Appeals for Butler County. It appears from the records of this court that appellant has not filed a merit brief, due March 31, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
　IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**97–622. State ex rel. Blankenship v. Ross Correctional Inst.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration thereof,
　IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*